UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-01837-ODW (JEMx) | Date | May 9, 2022 |
|---|---|---|---|
| Title | *Taylor Whitley et al v. Clare Maguire et al* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

    Defendants filed motion to dismiss in this case on April 15, 2022. (ECF No. 14.) On May 6, 2022, Plaintiffs filed a First Amended Complaint, less than twenty-one days after Defendants filed their responsive pleading. (ECF No. 20.) Federal Rule of Civil Procedure 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion. Therefore, Plaintiffs' amended complaint was proper.

    As the pending motion to dismiss was based on a complaint that is no longer operative, the motion, (ECF No. 14), is **DENIED** as **MOOT**. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

    **IT IS SO ORDERED.**

                                                                                                           : 00

Initials of Preparer    SE