1  JOHN S. PURCELL (SBN 158969)
   john.purcell@afslaw.com
2  JAKE GILBERT (SBN 293419)
   jake.gilbert@afslaw.com
3  **ARENTFOX SCHIFF LLP**
   555 West Fifth Street, 48th Floor
4  Los Angeles, CA  90013-1065
   Telephone:  213.629.7400
5  Facsimile:   213.629.7401

6  Attorneys for Plaintiffs
   TAYLOR WHITLEY and
7  WTF.INDUSTRIES, LLC

8

9                 UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

12 TAYLOR WHITLEY, and              Case No. 2:22-cv-01837-ODW (JEMx)
   WTF.INDUSTRIES, LLC,
13                                  **JOINT STIPULATION TO**
                 Plaintiffs,        **CONTINUE MOTION TO DISMISS**
14                                  **HEARING AND ASSOCIATED**
         v.                         **FILING DEADLINES [L.R. 7-1]**
15
   CLARE MAGUIRE, JAKE
16 NYGARD, ANTONIUS
   WIRIADJAJA, DONGLEE HAN,
17 and DOES 1-10, Inclusive.
                                    Judge:       The Hon. Otis D. Wright, II
18               Defendants.        Courtroom:  5D

19                                  Complaint filed:  March 21, 2022
                                    FAC filed:         May 6, 2022
20

21

22

23

24

25

26

27

28

Case No. 2:22-cv-01837-ODW (JEMx)          JOINT STIPULATION TO CONTINUE
                                           MOTION TO DISMISS HEARING AND
                                           ASSOCIATED FILING DEADLINES

1    Plaintiffs Taylor Whitley ("Whitley")  and WTF.Industries, LLC

2    ("WTF.Industries") (collectively "Plaintiffs") and Defendants Clare Maguire, Jake

3    Nygard, Antonius Wiriadjaja and DongLee Han (collectively "Defendants")

4    (Plaintiffs and Defendants collectively "Parties") jointly submit the following

5    stipulation with reference to the following facts.

6    **RECITALS**

7    **WHEREAS**, on March 18, 2022, Plaintiffs filed a Complaint with the United

8    States District Court, Central District (the "Complaint");

9    **WHEREAS,** on April 15, 2022, Defendants filed a Motion to Dismiss

10   Plaintiffs' Complaint pursuant to Fed. R. of Civ. Proc. 12(b)(6) [Dkt. 14];

11   **WHEREAS,** on May 5, 2022, Plaintiffs filed a First Amended Complaint

12   (the "FAC") [Dkt. 20];

13   **WHEREAS,** on May 9, 2022, this Court issued an order denying

14   Defendants' Motion to Dismiss Plaintiffs' Complaint as moot [Dkt. 21];

15   **WHEREAS,** on May 20, 2022, Defendants filed a new Motion to Dismiss

16   Plaintiffs' FAC pursuant to Fed. R. Civ. Proc. 12(b)(6) [Dkt. 22] (the "Motion")

17   and requested that this Court hear the Motion on June 27, 2022 at 1:30pm PT in the

18   above-captioned Courtroom;

19   **WHEREAS,** Plaintiffs have until June 6, 2022 to file, pursuant to Local Rule

20   7-9, an Opposition to Defendants' Motion and Plaintiffs have until June 13, 2022 to

21   file, pursuant to L.R. 7-10, a Reply in support of their Motion;

22   **WHEREAS,** Defendants, by and through their respective counsel, do not

23   object to a continuance of the above-scheduled Motion hearing date and Plaintiffs'

24   opposition deadline, subject to Defendants' new reply deadline being set on or after

25   June 21, 2022, so as not to conflict with Defendants' counsel's obligations in other

26   cases. Accordingly, the Parties agree to the following new hearing and briefing

27   dates, subject to Court approval:

28

ArentFox Schiff LLP
Attorneys at Law
Los Angeles

Case No. 2:22-cv-01837-ODW (JEMx)          - 2 -          JOINT STIPULATION TO CONTINUE
MOTION TO DISMISS HEARING AND
ASSOCIATED FILING DEADLINES

| Motion Deadlines | Old Date | New Date |
|---|---|---|
| Opposition Due | June 6, 2022 | June 13, 2022 |
| Reply Due | June 13, 2022 | June 21, 2022 |
| Motion Hearing | June 27, 2022 at 1:30pm PT | July 11, 2022 at 1:30pm PT |

**WHEREAS,** good cause exists for the above continuance because the FAC and Motion describe complex intellectual property and commercial litigation issues involving novel application of existing law to new forms of digital art and the Parties believe that the short extension they request will enable each to make their best possible presentations to the Court.

**WHEREAS,** the Parties have not requested any prior continuances in this matter, and no trial or pretrial date has yet been set.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** subject to Court approval, that the hearing for Defendants' Motion shall be scheduled to be heard by this Court on July 11, 2022 at 1:30pm PT, that Plaintiffs' deadline to file an Opposition to Defendants' Motion pursuant to L.R. 7-9 will be set for June 13, 2022, and Defendants' deadline to file a Reply in support of their Motion pursuant to L.R. 7-10 will be set for June 21, 2022.

Dated:  June 3, 2022                     **ARENTFOX SCHIFF LLP**


By:_____/s/Jake Gilbert_____
                John S. Purcell
                Jake Gilbert
                Attorneys for Plaintiffs
                TAYLOR WHITLEY and
                WTF.INDUSTRIES, LLC

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 2:22-cv-01837-ODW (JEMx)          - 3 -          JOINT STIPULATION TO CONTINUE
MOTION TO DISMISS HEARING AND
ASSOCIATED FILING DEADLINES

Dated:  June 3, 2022

**KING, HOLMES, PATERNO & SORIANO LLP**

By:             */s/John Snow*
           Howard E. King
           John Snow

Attorneys for Defendants
CLARE MAGUIRE, JAKE NYGARD, ANTONIUS WIRIADJAJA and DONGLEE HAN

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jake Gilbert, attest that John Snow provided his authority and concurrence to file the instant document and to place his electronic signature on the document as set forth above.

             */s/Jake Gilbert*
             Jake Gilbert

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 2:22-cv-01837-ODW (JEMx)    - 4 -    JOINT STIPULATION TO CONTINUE
MOTION TO DISMISS HEARING AND
ASSOCIATED FILING DEADLINES