KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
HKING@KHPSLAW.COM
JOHN G. SNOW, ESQ., STATE BAR NO. 280790
JSNOW@KHPSLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Defendants CLARE MAGUIRE, JAKE NYGARD, ANTONIUS WIRIADJAJA, and DONGLEE HAN

*Counsel for Plaintiffs listed on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAYLOR WHITLEY, and WTF.INDUSTRIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CLARE MAGUIRE, JAKE NYGARD, ANTONIUS WIRIADJAJA, DONGLEE HAN, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 22-CV-01837-ODW-JEM<br><br>**REQUEST FOR DECISION ON DKT. 22 PURSUANT TO L.R. 83-9.2**<br><br>The Honorable Otis D. Wright II |

5862.060/1805449.1
REQUEST FOR DECISION

## REQUEST FOR DECISION ON DKT. 22

On May 20, 2022, Defendants filed a "Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint." Dkt. 22. On July 5, 2022, the Court stated the matter would be taken under submission without oral argument. Dkt. 27.

The parties file this request for a decision on the Motion to Dismiss, pursuant to Local Rule 83-9.2, which states, "If the Court does not render and file its decision on a submitted matter within 120 days of submission, all counsel shall, within 130 days after the matter is submitted for decision, file with the Court a joint request that such decision be made without further delay. A copy of such request shall be sent to the Chief Judge."

DATED: November 14, 2022    KING, HOLMES, PATERNO & SORIANO, LLP

By:  /s/ John G. Snow[1]
HOWARD E. KING
JOHN G. SNOW
Attorneys for Defendants CLARE MAGUIRE, JAKE NYGARD, ANTONIUS WIRIADJAJA, and DONGLEE HAN

DATED:  November 14, 2022    **ARENTFOX SCHIFF LLP**

By:  /s/ Jake Gilbert
John S. Purcell
Jake Gilbert
Attorneys for Plaintiffs TAYLOR WHITLEY and WTF.INDUSTRIES, LLC

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), counsel for Plaintiffs certifies that Defendant's counsel has consented to and authorized the filing of this document with his electronic signature.