| | |
|---|---|
| 1 | KING, HOLMES, PATERNO & SORIANO, LLP |
| | HOWARD E. KING, ESQ., STATE BAR NO. 77012 |
| 2 | JOHN G. SNOW, ESQ., STATE BAR NO. 280790 |
| | JSNOW@KHPSLAW.COM |
| 3 | 1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR |
| | LOS ANGELES, CALIFORNIA 90067-4506 |
| 4 | TELEPHONE:   (310) 282-8989 |
| | FACSIMILE:    (310) 282-8903 |

Attorneys for JACOB L. NYGARD, DONGLEE HAN, CLARE MAGUIRE, and ANTONIUS WIRIADJAJA

*Counsel for Plaintiffs and Counter-Defendants on signature page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TAYLOR WHITLEY, and WTF.INDUSTRIES, LLC, | CASE NO. 2:22-cv-01837-ODW-JEM |
| Plaintiffs, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |
| v. | |
| CLARE MAGUIRE, JAKE NYGARD, ANTONIUS WIRIADJAJA, DONGLEE HAN, and DOES 1-10, inclusive, | The Honorable Otis D. Wright II |
| Defendants. | Consolidated with: CASE NO. 8:22-cv-00425-ODW-JEM |
| JACOB L. NYGARD p/k/a CAKE NYGARD, an individual; DONGLEE HAN, an individual; CLARE MAGUIRE, an individual; and ANTONIUS WIRIADJAJA p/k/a FOOD MASKU, an individual, | |
| Counterclaimants, | |
| vs. | |
| TAYLOR WHITLEY p/k/a TAYLOR.WTF, an individual, | |
| Counter-Defendant. | |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' settlement agreement, Plaintiffs and Counter-Defendants Taylor Whitley and WTF.Industries, LLC, and Defendants and Counterclaimants Jacob L. Nygard, Donglee Han, Clare Maguire, and Antonius Wiriadjaja hereby stipulate to the dismissal with prejudice of all claims and counterclaims asserted in these consolidated actions, with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: February 26, 2024     KING, HOLMES, PATERNO & SORIANO, LLP

By: /s/ John G. Snow
     JOHN G. SNOW
Attorneys for JACOB L. NYGARD p/k/a CAKE NYGARD, DONGLEE HAN, CLARE MAGUIRE, and ANTONIUS WIRIADJAJA p/k/a FOOD MASKU

DATED: February 26, 2024     **ARENTFOX SCHIFF LLP**

By: /s/ John S. Purcell
     John S. Purcell
Attorneys for TAYLOR WHITLEY and WTF.INDUSTRIES, LLC

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.34(a)(2)(i), the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 26, 2024         By: _ */s/ John G. Snow* _____

JOHN G. SNOW