JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-01837-ODW (JEMx)<br>Consol. Case: 8:22-cv-00425-ODW (JEMx) | Date | February 27, 2024 |
|---|---|---|---|
| Title | *Taylor Whitley et al. v. Clare Maguire et al.*<br>Consol. Case: *Jacob L. Nygard et al. v. Taylor Whitley* | | |

Present: The Honorable    Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Not present                                                     Not present

**Proceedings:**            **In Chambers**

The Court, having considered the parties' Joint Stipulation for Dismissal with Prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled consolidated actions.  Each party shall bear its own costs, expenses, and attorneys' fees.  The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the consolidated actions.

**IT IS SO ORDERED.**

                                                                                        :    00

                                                   Initials of Preparer    SE